UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

IN RE:

STEVEN R ADAMS  
TAWANA JOYCE ADAMS

CASE NO.: 10-60151

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address, pertaining to **payments,** and court **notices** listed in the above stated case be changed.

**FROM:**

FIA CARD SERVICES, NA AS SUCCESSOR
IN INTEREST TO BANK OF AMERICA NA
AND MBNA AMERICA BANK
1000 SAMOSET DRIVE
DE5-023-03-03
NEWARK, DE   19713

**TO:**

FIA CARD SERVICES, NA AS SUCCESSOR
IN INTEREST TO BANK OF AMERICA NA
AND MBNA AMERICA BANK
BANK OF AMERICA
PAYMENT PROCESSING
PO BOX 15102
WILMINGTON, DE 19886-5102

THIS ADDRESS CHANGE PERTAINS TO TRUSTEE PAYMENTS AND COURT NOTICES.

DATED 02/21/2023

/s/ Ashley Boswell

FIA CARD SERVICES, NA AS SUCCESSOR
IN INTEREST TO BANK OF AMERICA NA
AND MBNA AMERICA BANK
4515 N Santa Fe Ave
Oklahoma City, OK
(877)-893-8820
POC_AIS@aisinfo.com